# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV353

| | |
|---|---|
| EDWARD WAHLER and KATHY WAHLER, ) ) ) Plaintiffs, ) ) Vs. ) ) BRANCH BANKING AND TRUST ) COMPANY, ) ) Defendant. ) ) | **JUDGMENT** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

The Defendant shall recover its costs of the action from the Plaintiffs.

Signed: April 7, 2006

Lacy H. Thornburg
United States District Judge